HANDEE, Appellant, v. McGINNIES, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Sabra L. Handee against Joseph A. McGinnies, as executor, etc. No opinion. Judgment affirmed, with costs.

HARRIS v. HOADLEY et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Ada L. Harris, as executrix, against Joseph H. Hoadley, impleaded with others. G. S. Graham, for appellant. H. C. Smyth, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and DOWLING, J., dissent.

HART, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Lucy J. Hart, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

HARTMAN, Appellant, v. SILVERMAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Israel Hartman against Charles I. Silverman. No opinion. Judgment of the Municipal Court affirmed, with costs.

HATGIS, Respondent, v. ECONOPOULY et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by George Hatgis against Peter D. Econopouly and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HATHAWAY v. GRAHAM et al. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Edmund W. Hathaway against James P. Graham and others.

PER CURIAM. We think that the obligation imposed upon the plaintiff and the defendant Titcomb should be enlarged, so as to require them to respond to all liabilities of the partnership. The judgment should be modified in this respect, and, as so modified, affirmed, without costs. See, also, 128 N. Y. Supp. 1126.

In re HAYDEN. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) In the matter of the final judicial settlement of the account of Nehemiah Hayden, as executor, etc., of Henry Allen, deceased, etc. No opinion. Decree of the Surrogate's Court of Queens county affirmed, with costs.

HAYECK v. DABAS. (Supreme Court, Appellate Term. June 29, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Hind Hayeck against Naaman Dabas. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. Olcott, Gruber, Bonynge & McManus (Sinclair C. Nussbaum, of counsel), for appellant. Keron F. Dwyer, for respondent.

PER CURIAM. The plaintiff brought this action, claiming that the defendant had rented several rooms from her at Bayonne, N. J., for which he had agreed to pay the sum of $35 per month, and that he entered into possession of them and occupied them for two months, from June 19, 1910, until August 20, 1910. The defendant's contention was that he had rented but one room, and that his wife and children occupied that room only from July 2, 1910, until July 27, 1910. He also testified that when he rented the room the plaintiff said she would take for the rent whatever he was willing to pay, but that afterwards she said he "should give her $7 per month." He admitted that he had paid her nothing for the rent. At the close of the case the court gave a judgment in favor of the defendant. The plaintiff's attorney immediately moved to amend the judgment to a judgment in favor of the plaintiff for the amount admitted by the defendant to be due, but this motion was promptly denied. It should have been granted. The defendant admitted an indebtedness of at least $7, and plaintiff was entitled to a judgment for that amount. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

HEARST v. NEW YORKER STAATS ZEITUNG. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by William R. Hearst against the New Yorker Staats Zeitung. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1089.

HEARST v. RIDDER. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by William R. Hearst against Herman Ridder. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1098.

In re HECHT. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of William Hecht for admission to the bar. No opinion. Application denied, upon the ground that the applicant has not resided within the state for six months previous to his application, pursuant to rule 1 of the general rules of practice.

HECKEL, Respondent, v. PUTNAM COAL & ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Mary Heckel against the Putnam Coal & Ice Company. No opinion. Judgment and order unanimously affirmed, with costs.

HECKEL, Respondent, v. PUTNAM COAL & ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Mary Heckel against the Putnam Coal & Ice Company. No opinion.

Motion for leave to appeal to the Court of Appeals denied. See, also, 130 N. Y. Supp. 1114.

HEIN, Appellant, v. VALENTINE, Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by Isa W. Hein against Washington S. Valentine. A. Gruber, for appellant. R. S. Coutant, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. LAUGHLIN, J., dissents.

HEISER v. CINCINNATI ABATTOIR CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Rudolph Heiser against the Cincinnati Abattoir Company. No opinion. Motion granted. Order filed. See, also, 129 N. Y. Supp. 1126.

In re HELMS. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of August G. Helms, as trustee, etc. W. Mitchell, for appellant. H. L. Franklin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HERTER v. DWYER. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Frank Herter against Anna M. Dwyer. No opinion. Application denied, with $10 costs. Order signed. See, also, 129 N. Y. Supp. 505.

In re HICKOK. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) In the matter of revoking letters of administration granted to Persis W. Hickok, etc. No opinion. Decree affirmed, with costs.

In re HILL VIEW RESERVOIR, SECTION NO. 1, PARCEL NO. 5. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the Hill View Reservoir, Section No. 1, Parcel No. 5. PER CURIAM. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Woodward. JENKS, P. J., taking no part.

HOCHSTEIN et al., Appellants, v. VANDERVEER CROSSINGS, Inc., Respondent (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1911.) Actions by Louis Hochstein and others against the Vanderveer Crossings, Inc. L. Marshall, for appellants. C. C. Clark, for respondent. No opinion. Orders affirmed, with costs and disbursements. Orders filed.

HOLLYWOOD, Appellant, v. CUDNER, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Frances Hollywood against Albert M. Cudner. PER CURIAM. Judgment of the Municipal Court affirmed, with costs. THOMAS, J., dissents.

In re HOLYWELL. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of Effingham L. Holywell, an attorney. Matter referred to Hon. William D. Dickey to take testimony and report thereon, with his opinion. No opinion. Edward A. Freshman, Esq., assigned to conduct the proceedings. See, also, 129 N. Y. Supp. 1128.

In re HOLYWELL. (Supreme Court, Appellate division, Second Department. July 27, 1911.) In the matter of Effingham L. Holywell, an attorney. Matter referred to Hon. Augustus Van Wyck to take testimony and report thereon, with his opinion, in the place of Hon. William D. Dickey, resigned. No opinion. See, also, supra.

HOME INS. CO., Respondent, v. WAITE, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the Home Insurance Company against J. Harvey Waite, Jr. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

HOPE, Appellant, v. CONEY ISLAND & G. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by John Hope against the Coney Island & Gravesend Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOPKINS, Appellant, v. HOPKINS, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Donalena Hopkins against Harry A. Hopkins. F. C. Simons, for appellant. C. S. Bostwick, for respondent. No opinion. Order affirmed. Order filed.

HOPKINS v. HOPKINS. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Donalena Hopkins against Harry A. Hopkins. No opinion. Motion denied. Order filed. See, also, supra.

HOWARD, Respondent, v. PETTEROLF, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Charles Howard against Henry A. Petterolf and another. No opinion. Order affirmed, without costs.

HUDNALL v. HUDNALL. Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Florence B. Hudnall